NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**J. CARL COOPER,**
*Appellant*

**v.**

**SQUARE, INC.,**
*Appellee*

---

2015-1925

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00158.

-------------------------------------------------------------------------------

**J. CARL COOPER,**
*Appellant*

**v.**

**SQUARE, INC.,**
*Appellee*

---

2015-1942, -1943

---

Case: 15-1942  Document: 2  Page: 2  Filed: 08/31/2015

2                                               COOPER v. SQUARE, INC.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00156 and IPR2014-00157.

## ORDER

The above-captioned appeals appear related.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal Nos. 15-1942 and 15-1943 are consolidated, and thus one set of briefs for the two appeals should be filed. The revised official caption is reflected above.

(2) Appeal No. 15-1925 shall be considered a companion case to 15-1942, -1943. The appeals will be assigned to the same merits panel.

(3) Appellant's opening briefs are due October 26, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31